# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **JESSIE M. COFFER**

Case Number: 10-44513 SWR
Chapter 13
Judge RHODES

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

## AMENDED ORDER CONFIRMING PLAN AND RELIEF FROM STAY AS TO GE MONEY BANK
## AS TO THE THREE 2007 SUZUKI VZRS

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,000.00** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$3000.00** shall be paid by the Trustee as an administrative expense of this case. **as follows: $2,700.00 in the first post-confirmation disbursement and $54.00 thereafter until paid in full.**

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]
- [X] Debtor's payment of $1,900.00 on April 8, 2010 is for the 2009 federal refund.
- [X] Creditors rights to object to the last filed Amended Plan are preserved until June 1, 2010.
- [X] Creditor Wayne County Treasurer shall have a Class 5 claim for the property located at 9340 Hartwell, Detroit, Michigan of $2,169.31 at 18% over 60 months for 2005 property taxes and shall retain its lien until paid in full AND a Class 5 claim of $6,130.00 at 12.00% interest over 60 months for 2006-2008 property taxes and shall retain its lien until paid in full.
- [X] Credit Treasurer, City of Detroit shall have a Class 5 claim treated pursuant to their proof of claim for 2009 property taxes.
- [X] Debtor will amend schedule I within 45 days of a change in rental income.
- [X] Debtor will amend petition cover sheet by 6/2/2010
- [X] The automatic stay is vacated as it applies to GE Money Bank for the three 2007 Suzuki VZRs.

**OBJECTIONS WITHDRAWN:**

For Creditor – GE MONEY BANK:  __/s/ Michael P. Hogan P63074_____
For Creditor – FORD MOTOR:  _____/s/ Michael P. Hogan P63074_____
For Creditor – WAYNE COUNTY TREASURER:  _____/s/ Michael P. Hogan P63074_____

/s/ Maria Gotsis
STANDING CHAPTER 13 TRUSTEE
Krispen Carroll, Standing Chapter 13 Trustee
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
313-962-5035
notice@det13ksc.com

/s/ Daniel C. DiCicco
Attorney for Debtor(s):
Daniel C. DiCicco (71299)
Acclaim Legal Services, P.L.L.C
26200 Lahser Road Suite 330
Southfield, MI 48033
248-443-7033
filing@acclaimlegalservices.com

**Signed on May 26, 2010**

                                                                                **/s/ Steven Rhodes**
                                                                                 **Steven Rhodes**
                                                                                 **United States Bankruptcy Judge**